EDWARD BAKER et at., Appellants, *v.* THOMAS L. DISBROW et al., Executors, etc., Respondents.

(Argued December 15, 1879; decided January 13, 1880.)

REPORTED below, 18 Hun, 29.

*Treadwell Cleveland* for appellants.

*Martin J. Keogh* for respondents.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.